**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 02-2023**

————————————

ERIN GILLAND ROBY,

Plaintiff - Appellant,

versus

RANDOLPH ROBY; ESTATE OF NEIL O. ROBY; EVA
SOWELL ROBY; HOWARD COUNTY POLICE DEPARTMENT;
MARYLAND MOTOR VEHICLE ADMINISTRATION;
REGISTER OF WILLS FOR HOWARD COUNTY,

Defendants - Appellees,

and

HOWARD COUNTY SHERIFF'S DEPARTMENT; CHARLES M.
CAVE, Sheriff of Howard County, Maryland,

Defendants.

HOWARD COUNTY GOVERNMENT; ANNE FERRO; KAY
HARTLEB,

Movants.

————————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, Chief District Judge.
(CA-01-1413-L)

————————————

Submitted:  February 20, 2003      Decided:  February 26, 2003

————————————

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Erin Gilland Roby, Appellant Pro Se.  Robert L. Fila, LAW OFFICES OF ROBERT L. FILA, Columbia, Maryland; Barbara McFaul Cook, County Solicitor, Rebecca Ann Laws, COUNTY SOLICITOR'S OFFICE, Ellicott City, Maryland; John Joseph Curran, Jr., Attorney General, Susan Penny Whiteford, Assistant Attorney General, Baltimore, Maryland; Leight Douglas Collins, Assistant Attorney General, Glen Burnie, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Erin Gilland Roby appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2000) complaint and denying various interlocutory and post-judgment motions.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Roby v. Roby, No. CA-01-1413-L (D. Md. Jan. 28, 2002; Apr. 5, 2002; Aug. 6, 2002; filed Aug. 14, 2002, entered Aug. 15, 2002; filed Sept. 3, 2002, entered Sept. 4, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2